# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-3250

_____

DEVONTE JERAUN MCCOY,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Writ of Certiorari—Original Jurisdiction.

March 16, 2026

PER CURIAM.

DISMISSED.

OSTERHAUS, C.J., and ROWE and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Devonte Jeraun McCoy, pro se, Petitioner.

No appearance for Respondent.